DAVID M. HOWARD, admitted *pro hac vice*
GIDON M. CAINE, State Bar No. 188110
JILL F. KOPEIKIN, State Bar No. 160972
JEFFREY M. RATINOFF, State Bar No. 197241
ADAM J. GILL, State Bar No. 226444
DECHERT LLP
975 Page Mill Road
Palo Alto, California  94304-1013
Telephone:  (650) 813-4800
Facsimile:   (650) 813-4848

Attorneys for Defendant
FREMONT MUTUAL FUNDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY DAVIS, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>                    -against-<br><br>FREMONT INVESTMENT ADVISORS, INC., FREMONT MUTUAL FUNDS, INC., ARMSTRONG SHAW ASSOCIATES, INC., DELAWARE INTERNATIONAL ADVISERS LTD., JARISLOWSKY FRASER LIMITED; KERN CAPITAL MANAGEMENT LLC, NORTHSTAR CAPITAL MANAGEMENT, INC., TIMESSQUARE CAPITAL MANAGEMENT, INC., LEND LEASE ROSEN REAL ESTATE SECURITIES LLC, QUASAR DISTRIBUTORS, LLC; FREMONT GLOBAL FUND, FREMONT INTERNATIONAL GROWTH FUND, FREMONT LARGE CAP VALUE FUND (FORMERLY FREMONT NEW ERA VALUE FUND), FREMONT LARGE CAP GROWTH FUND (FORMERLY, FREMONT NEW ERA GROWTH FUND), FREMONT STRUCTURED CORE FUND (FORMERLY FREMONT GROWTH FUND), FREMONT U.S. SMALL CAP FUND, FREMONT U.S. MICRO-CAP FUND, FREMONT REAL ESTATE SECURITIES FUND, FREMONT | No. C 04 1016 JW<br><br>**DEFENDANT FREMONT MUTUAL FUNDS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |

[continued on subsequent page]

88034.3.17

BOND FUND, FREMONT CALIFORNIA
INTERMEDIATE TAX-FREE FUND,
FREMONT MONEY MARKET FUND, and
DOES 1 – 100,

Defendants

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| NAME | CONNECTION / INTEREST |
|------|------------------------|
| Richard E. Holmes | Director of Fremont Mutual Funds, Inc. |
| Kimun Lee | Director of Fremont Mutual Funds, Inc. |
| Christine D. Timmerman | Director of Fremont Mutual Funds, Inc. |
| David L. Redo | Director of Fremont Mutual Funds, Inc. |
| Deborah L. Duncan | Director of Fremont Mutual Funds, Inc. |
| Donald C. Luchessa | Former director of Fremont Mutual Funds, Inc. |
| Michael H. Kosich | Former director of Fremont Mutual Funds, Inc. |
| Peter F. Landini | Former director of Fremont Mutual Funds, Inc. |
| Nancy Tengler | Former director of Fremont Mutual Funds, Inc. |

DATED:  May 7, 2004                    DECHERT LLP


By:    /s/ Gidon M. Caine
        GIDON M. CAINE
        JILL F. KOPEIKIN
        JEFFREY M. RATINOFF
        ADAM J. GILL
        Telephone:  (650) 813-4800
        Facsimile:   (650) 813-4848
        gidon.caine@dechert.com
        jill.kopeikin@dechert.com

DEFENDANT FREMONT MUTUAL FUNDS' CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16;
CASE NO. C 04 1016 JW

1

DECHERT LLP

1
jeffrey.ratinoff@dechert.com
adam.gill@dechert.com

2

3
DECHERT LLP
975 Page Mill Road
Palo Alto, California 94304

4
Attorneys for Defendant Fremont Mutual
Funds, Inc.

5

6
and

7
DAVID M. HOWARD
DECHERT LLP

8
4000 Bell Atlantic Tower
1717 Arch Street

9
Philadelphia, Pennsylvania  19103-2793
Telephone:  (215) 994-4000

10
Facsimile:   (215) 994-2222
david.howard@dechert.com

11

12
Attorneys for Defendant

13
FREMONT MUTUAL FUNDS, INC.,
whose stock is denominated in various

14
series, including FREMONT GLOBAL
FUND, FREMONT INTERNATIONAL

15
GROWTH FUND, FREMONT LARGE
CAP VALUE FUND (FORMERLY

16
FREMONT NEW ERA VALUE FUND),
FREMONT LARGE CAP GROWTH

17
FUND (FORMERLY FREMONT NEW
ERA GROWTH FUND), FREMONT

18
STRUCTURED CORE FUND
(FORMERLY FREMONT GROWTH

19
FUND), FREMONT U.S. SMALL CAP

20
FUND, FREMONT U.S. MICRO-CAP
FUND, FREMONT REAL ESTATE

21
SECURITIES FUND, FREMONT BOND
FUND, FREMONT CALIFORNIA

22
INTERMEDIATE TAX-FREE
FUND, and FREMONT MONEY

23
MARKET FUND

24

25

26

27

28

DECHERT LLP

DEFENDANT FREMONT MUTUAL FUNDS' CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16;
CASE NO. C 04 1016 JW

2