| | |
|---|---|
| 1 | GIDON M. CAINE, State Bar No. 188110 |
| 2 | JILL F. KOPEIKIN, State Bar No. 160972 |
| | JEFFREY M. RATINOFF, State Bar No. 197241 |
| 3 | DECHERT LLP |
| | 975 Page Mill Road |
| 4 | Palo Alto, California 94304-1013 |
| | Telephone: (650) 813-4800 |
| 5 | Facsimile: (650) 813-4848 |
| 6 | (additional Counsel appear on Signature Page) |
| 7 | |
| | Attorneys for Defendant |
| 8 | FREMONT MUTUAL FUNDS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | GARY DAVIS, Individually and On Behalf of All Others Similarly Situated, | No. C 04 1016 JW |
| 13 | | **CERTIFICATE OF SERVICE** |
| 14 | Plaintiff, -against- | |
| 15 | FREMONT INVESTMENT ADVISORS, INC., | |
| 16 | FREMONT MUTUAL FUNDS, INC., | |
| | ARMSTRONG SHAW ASSOCIATES, INC., | |
| 17 | DELAWARE INTERNATIONAL ADVISERS | |
| | LTD., JARISLOWSKY FRASER LIMITED; | |
| 18 | KERN CAPITAL MANAGEMENT LLC, | |
| | NORTHSTAR CAPITAL MANAGEMENT, | |
| 19 | INC., TIMESSQUARE CAPITAL | |
| 20 | MANAGEMENT, INC., LEND LEASE ROSEN REAL ESTATE SECURITIES LLC, QUASAR | |
| 21 | DISTRIBUTORS, LLC; FREMONT GLOBAL FUND, FREMONT INTERNATIONAL | |
| 22 | GROWTH FUND, FREMONT LARGE CAP VALUE FUND (FORMERLY FREMONT NEW | |
| 23 | ERA VALUE FUND), FREMONT LARGE CAP | |
| 24 | GROWTH FUND (FORMERLY, FREMONT NEW ERA GROWTH FUND), FREMONT | |
| 25 | STRUCTURED CORE FUND (FORMERLY FREMONT GROWTH FUND), FREMONT U.S. | |
| 26 | SMALL CAP FUND, FREMONT U.S. | |
| 27 | MICRO-CAP FUND, FREMONT REAL ESTATE SECURITIES FUND, FREMONT | |
| 28 | [continued on subsequent page] | |

**DECHERT LLP**

CERTIFICATE OF SERVICE; Case No. C 04 1016 JW

86587.1.17 5/10/2004

| | |
|---|---|
| 1 | BOND FUND, FREMONT CALIFORNIA INTERMEDIATE TAX-FREE FUND, FREMONT MONEY MARKET FUND, and DOES 1 – 100, |
| | Defendants |

The undersigned certifies and declares as follows:

I am over 18 years of age and am not a party to this action. My business address is 975 Page Mill Road, Palo Alto, California 94304. On May 10, 2004, a copy of the following document(s):

**NOTICE OF APPEARANCE**

**DEFENDANT FREMONT MUTUAL FUNDS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16**

was served on the following:

| | |
|---|---|
| Richard A. Maniskas | Marc A. Topaz |
| Schiffrin & Barroway LLP | Schiffrin & Barroway LLP |
| Three Bala Plaza East, Suite 400 | Three Bala Plaza East, Suite 400 |
| Bala Cynwyd, PA 19004 | Bala Cynwyd, PA 19004 |

Service was accomplished as follows:

**[X]    By U.S. Mail, According to Normal Business Practices.** On the above date, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2004.

| | |
|---|---|
| HEATHER H. GEORGE | /s/ Heather H. George |
| PRINT OR TYPE NAME | (Signature) |