SETH ARONSON (S.B. #100153)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

AARON M. ROFKAHR (S.B. #227008)
O'MELVENY & MYERS LLP
275 Battery St., Ste. 2600
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA APPROVED Judge James Ware

Attorneys for Defendant
Fremont Investment Advisors, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY DAVIS, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>FREMONT INVESTMENT ADVISORS, INC. et al.,<br><br>Defendant. | Case No. 04-1016-JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR SUBSTITUTION OF COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Fremont Mutual Funds, Inc ("Fremont") has a new legal representative, the firm of O'Melveny & Myers LLP. Fremont consents to this substitution, as does its predecessor counsel, Dechert LLP.

Fremont respectfully requests that the Court approve this stipulation and [proposed] order of substitution and that the necessary changes be made to the service list and the court records, and that all future communications regarding this case be directed to: Seth Aronson at O'Melveny & Myers LLP, 400 South Hope St., Los Angeles, CA 90071. Telephone number (213) 430-6000. Facsimile number (213) 430-6407.

Dated: February 1, 2005

O'MELVENY & MYERS LLP

By: /s/
Aaron M. Rofkahr
Attorneys for Defendant
Fremont Investment Advisors, Inc.

Dated: January 31, 2005

FREMONT MUTUAL FUNDS, INC.

By: /s/
Deborah L. Duncan
Chairman and President
Fremont Mutual Funds, Inc.

Dated: January 31, 2005

DECHERT LLP

By: /s/
Gidon M. Caine (S.B. #188110

I attest that concurrence in the filing of this document has been obtained by Deborah L. Duncan and Robert Roberston.

Dated: February 1, 2005

By: /s/
Aaron M. Rofkahr

**IT IS SO ORDERED:**

Dated: February 2, 2005

By: /s/ James Ware
JAMES WARE, U.S.D.J.